UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

FILED & ENTERED

JUN 14 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiza    DEPUTY CLERK

In re:

REFRESHING RESOURCES, LLC

             Debtor.

Case No.:  9:17-bk-11075-PC

Chapter 11

**ORDER TO RETAIN COUNSEL AND FILE DOCUMENTS OR CASE WILL BE DISMISSED**

      On June 14, 2017, Refreshing Resources, LLC filed a voluntary petition under chapter 11, commencing the above referenced case. The voluntary petition, which states the debtor is a corporation, is signed by Steve Rogers, as "managing member" of the debtor. The debtor is not represented by counsel. Corporations are not entitled to appear in bankruptcy court *pro se* and must be represented by counsel. LBR 9011-2(a); <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201–02, 113 S.Ct. 716 (1993); <u>United States v. High Country Broadcasting Co.</u>, 3 F.3d 1244, 1245 (9th Cir.1993); <u>Licht v. Am. West Airlines</u>, 40 F.3d 1058, 1059 (9th Cir.1994). Accordingly, it is

      ORDERED that not later than 7 days from the date of entry of this order, debtor must retain counsel and file through counsel (1) a fully executed F2091-1. <u>Substitution of Attorney</u> establishing of record the general appearance of counsel for the debtor in this case, and (2) a Form B2030, <u>Disclosure of Compensation of Attorney for Debtor</u>; and it is further

- 1 -

ORDERED that in the event counsel is not retained and the above documents are not filed as ordered, the case will be dismissed without further notice or hearing.

# # #

Date: June 14, 2017



Peter H. Carroll
United States Bankruptcy Judge